12,658-18; -19; -20; -21

Jan 13, 2015

Gary Wayne Barnes

TDCJ-ID #318814

   1100   FM   655,

Rosharon, Texas

          77583

TEXAS COURT OF CRIMINAL APPEALS

OFFICE OF THE CLERK, ABEL ACOSTA

P.O. Box   12308

Capitiol Station

Austin, Texas 78711

RE;   NOTICE OF APPEAL
     WR-12,658, 18, 19, 20
    and 21.

Trial    court    No.
    F-80-016530-J,   F-
F-81-01105-J
F-81-01027-J
F-81--2718-J

Dear Clerk;

Notice of appeal was mastakily  mailed  to  the  address of this
  court   when   the notice  and the Brief  and Attachments filed
in support  should  have  been mailed   in  the  above  entitled
numbered  causes  to the Fifth Court of Appeals in Dallas.

    In  this  request  Im requesting   will you office  Please
forward  the notice to the  clerk as follows;

FIFTH COURT OF APPEALS

OFFICE OF THE CLERK,

Lisa Matz

600 Commerce Street

Suite 200

Dallas Texas   75202

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 21 2015

Abel Acosta, Clerk

    In requesting that the Brief in support   and attachements
be attached   to   these   self enclosed  appeals courts cards;
with  the numbering of the filingings of that court;

    Applicant  thanks the  clerk in advance  for assistance
in this above mentioned  requests; Thank You;

                Respectfully    Submitted;

*Gary Wayne Barnes*

Gary Wayne Barnes Sr #318814

*Jan 13, 2015*